UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMILEDIRECTCLUB, LLC, | ECF |
| *Plaintiff*, | 17 Civ. 8136 (VSB) |
| - against - | [PROPOSED] ORDER OF DISMISSAL ON CONSENT |
| DIAMOND BRACES, an unincorporated entity, association, or affiliation; DIAMOND BRACES OF HACKENSACK, LLC; DIAMOND BRACE OF DOVER, LLC; DIAMOND BRACES OF WARREN, LLC; DIAMOND BRACES WAYNE, LLC; ARIANNA PAPASIKOS; OLEG DRUT; MUHAMMAD ABEY; JOHN CASTRONOVA; AMEETA SACHDEV; SARA SULLIVAN; LAURA EDWARDS; JOSE ORTIZ; ANNIA LEGOFF; JAMES SUH; DOUGLAS M. PALAGANAS; ISAAK YELIZAR; EVANTHIA PEIKIDIS; JASON BERK; LEONID EPSHTEYN; SHENJUTI CHOWDHURY; and JANET PARK; | |
| *Defendants*. | |

VERNON S. BRODERICK, UNITED STATES DISTRICT JUDGE:

The parties having informed the Court that they have executed a settlement agreement but need additional time to carry out the acts contemplated in the settlement agreement (Dkt. No 21), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, *provided, however*, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any application to reopen must be filed via ECF within 30 days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Any pending proceedings are to be terminated as moot.

SO ORDERED.

Dated: February 12, 2018
       New York, New York

*[Signature]*
Vernon S. Broderick
United States District Judge